**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF IOWA

Case number *(if known)* _____     Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Stadiums Export, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **45-3622628** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **454 Lexington Ave** **Iowa City, IA 52246** Number, Street, City, State & ZIP Code **Johnson** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** **801 Melrose Ave Iowa City, IA 52246** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Stadiums Export, Inc.** _____  Case number (*if known*) _____
       Name

7. **Describe debtor's business**  A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check **all** that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

Debtor **Stadiums Export, Inc.** Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | **JKW Enterprises, LLC** | | Relationship | **Affiliate** |
| District | **US Bankruptcy Court for the Northern District of Iowa** | When **10/06/23** | Case number, if known | **23-00797** |

**11. Why is the case filed in *this district?***

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Official Form 201 **Voluntary Petition for Non-Individuals Filing for Bankruptcy** page 3

Debtor **Stadiums Export, Inc.** _____    Case number (*if known*)_____
    Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **Stadiums Export, Inc.**  Case number (*if known*)
Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **October  6, 2023**
              MM / DD / YYYY

X **/s/ Charles Johnston**                              **Charles Johnston**
Signature of authorized representative of debtor        Printed name

Title   **President**

**18. Signature of attorney**

X **/s/ Joseph A. Peiffer**                             Date **October  6, 2023**
Signature of attorney for debtor                        MM / DD / YYYY

**Joseph A. Peiffer AT0006160**
Printed name

**Ag & Business Legal Strategies**
Firm name

**PO Box 11425**
**Cedar Rapids, IA 52410**
Number, Street, City, State & ZIP Code

Contact phone   **319-363-1641**        Email address   **joe@ablsonline.com**

**AT0006160 IA**
Bar number and State

# United States Bankruptcy Court
## Northern District of Iowa

In re  **Stadiums Export, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **October 6, 2023**          **/s/ Charles Johnston**  
          **Charles Johnston** / **President**  
          Signer/Title

**Fill in this information to identify the case:**

Debtor name: **Stadiums Export, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **October 6, 2023**        X **/s/ Charles Johnston**
                                            Signature of individual signing on behalf of debtor

                                            **Charles Johnston**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **Stadiums Export, Inc.**
United States Bankruptcy Court for the: **NORTHERN DISTRICT OF IOWA**
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Iowa City Utilities<br>410 E Washington St<br>Iowa City, IA 52240 | | Utility service | | | | $0.00 |
| Mid American<br>Post Office Box 8020<br>Davenport, IA 52808-8020 | | Utility service - 454 Lexington Ave., Iowa City, IA | | | | $1,218.60 |
| MidAmerican Energy<br>P. O. Box 8020<br>Davenport, IA 52808-8020 | | Utility service - 801 Melrose Ave., Iowa City, IA | | | | $169.00 |

Official form 204   Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims   page 1

**Fill in this information to identify the case:**

Debtor name: **Stadiums Export, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known):

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals  12/15

### Part 1: Summary of Assets

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................... $ **731,310.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................... $ **0.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...................................................................................... $ **731,310.00**

### Part 2: Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ **2,215,935.72**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................ $ **0.00**

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$ **6,607.60**

4. **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b                                                                                                                     $ **2,222,543.32**

**Fill in this information to identify the case:**

Debtor name: **Stadiums Export, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property            12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1  ACC 765 LLC**<br>Creditor's Name<br><br>**3161 SE 22nd St.**<br>**Des Moines, IA 50320**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>■ Yes. Specify each creditor, including this creditor and its relative priority.<br>**1. Johnson County Treasurer**<br>**2. ACC 765 LLC**<br>**3. Solon State Bank** | **Describe debtor's property that is subject to a lien**<br>**801 Melrose Avenue, Iowa City, IA 52245  Tax Sale Certificate 22-0112**<br><br>**Describe the lien**<br>**Property Taxes**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $14,011.00 | $329,410.00 |
| **2.2  Blaise Land Holding 7 LLC**<br>Creditor's Name<br><br>**13575 Lynam Dr.**<br>**Omaha, NE 68138**<br>Creditor's mailing address<br><br>_____<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number** | **Describe debtor's property that is subject to a lien**<br>**454 Lexington Avenue, Iowa City, IA 52246 Redemption of Tax Sale Certificate #22-0192**<br><br>**Describe the lien**<br>**Property Taxes**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $13,711.00 | $401,900.00 |

Official Form 206D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 4

| | |
|---|---|
| Debtor **Stadiums Export, Inc.** | Case number (if known) |
| Name | |

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Johnson County Treasurer
2. Blaise Land Holding 7 LLC
3. Solon State Bank

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Johnson County Treasurer** | **Describe debtor's property that is subject to a lien** | $7,498.00 | $401,900.00 |
|---|---|---|---|---|
| | Creditor's Name | **454 Lexington Avenue, Iowa City, IA 52246** Property taxes due 09/01/2023 $3,777.00, includes late charge of $56.00; property taxes due 03/01/2024 $3,721.00 | | |

**P.O. Box 2420
Iowa City, IA 52244-2420**
Creditor's mailing address

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Johnson County Treasurer** | **Describe debtor's property that is subject to a lien** | $6,355.00 | $329,410.00 |
|---|---|---|---|---|
| | Creditor's Name | **801 Melrose Avenue, Iowa City, IA 52245** Property taxes due 09/01/2023 $3,201.00, includes late charge of $47.00; property taxes due 03/01/2024 $3,154.00 | | |

**P.O. Box 2420
Iowa City, IA 52244-2420**
Creditor's mailing address

**Describe the lien**
**Property Taxes**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Solon State Bank** | **Describe debtor's property that is subject to a lien** | $343,497.05 | $401,900.00 |
|---|---|---|---|---|

| Debtor | **Stadiums Export, Inc.** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| | Creditor's Name | | | |
|---|---|---|---|---|
| | **126 South Market** | **454 Lexington Avenue, Iowa City, IA 52246;** | | |
| | **PO Box 129** | **801 Melrose Avenue, Iowa City, IA 52246** | | |
| | **Solon, IA 52333-0129** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **First Mortgage on Real Estate** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | **Specified on line 2.2** | ■ Disputed | | |

| 2.6 | **Solon State Bank** | **Describe debtor's property that is subject to a lien** | $1,830,863.67 | $329,410.00 |
|---|---|---|---|---|
| | Creditor's Name | **801 Melrose Avenue, Iowa City, IA 52245; 454** | | |
| | **126 South Market** | **Lexington Ave., Iowa City, IA 52246** | | |
| | **PO Box 129** | | | |
| | **Solon, IA 52333-0129** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **Mortgage Guarantee of JKW Enterprises, LLC** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ☐ No | | |
| | | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| | ☐ No | ☐ Contingent | | |
| | ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | **Specified on line 2.1** | ■ Disputed | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $2,215,935.72

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Johnson County Attorney** **500 S Clinton St., Suite 400** **Iowa City, IA 52240** | Line  **2.3** | |

Debtor **Stadiums Export, Inc.**     Case number (if known) _____
     Name

**Johnson County Attorney**
**500 S Clinton St., Suite 400**　　　　　　　　　　　　　　　　　Line **2.4**
**Iowa City, IA 52240**

---

**Ryan John Prahm**
**Pugh Hagan Prahm PLC**
**425 E Oakdale Blvd**　　　　　　　　　　　　　　　　　　　　　Line **2.5**
**Suite 201**
**Coralville, IA 52241-3404**

---

**Ryan John Prahm**
**Pugh Hagan Prahm PLC**
**425 E Oakdale Blvd**　　　　　　　　　　　　　　　　　　　　　Line **2.6**
**Suite 201**
**Coralville, IA 52241-3404**

**Fill in this information to identify the case:**

Debtor name: **Stadiums Export, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>Charles Johnston<br>454 Lexington Ave.<br>Iowa City, IA 52246<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Painting Bldg & Garages at 801 Melrose**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$5,220.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Iowa City Utilities<br>410 E Washington St<br>Iowa City, IA 52240<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utility service**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **Unknown** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Mid American<br>Post Office Box 8020<br>Davenport, IA 52808-8020<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utility service - 454 Lexington Ave., Iowa City, IA**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$1,218.60** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>MidAmerican Energy<br>P. O. Box 8020<br>Davenport, IA 52808-8020<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: **Utility service - 801 Melrose Ave., Iowa City, IA**<br>Is the claim subject to offset?  ■ No   ☐ Yes | **$169.00** |

### Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **Stadiums Export, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 6,607.60 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $ | 6,607.60 |

**Fill in this information to identify the case:**

Debtor name: **Stadiums Export, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF IOWA

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  —  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Charles Johnston** | **454 Lexington Ave. Iowa City, IA 52246** | **Solon State Bank** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **Charles Johnston** | **454 Lexington Ave. Iowa City, IA 52246** | **Solon State Bank** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **JKW Enterprises, LLC** | **2055 North Towne Lane NE Cedar Rapids, IA 52402** | **Solon State Bank** | ■ D __2.6__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **JKW Enterprises, LLC** | **2055 North Towne Lane NE Cedar Rapids, IA 52402** | **Solon State Bank** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |

## United States Bankruptcy Court
### Northern District of Iowa

In re  **Stadiums Export, Inc.**  
Debtor(s)

Case No.  
Chapter  **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Charles Johnston**<br>**454 Lexington Ave.**<br>**Iowa City, IA 52246** | **Common** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **October 6, 2023**　　　　　　　　　　Signature  **/s/ Charles Johnston**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Charles Johnston**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

```
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


ACC 765 LLC
3161 SE 22nd St.
Des Moines, IA 50320


Blaise Land Holding 7 LLC
13575 Lynam Dr.
Omaha, NE 68138


Charles Johnston
454 Lexington Ave.
Iowa City, IA 52246


Iowa City Utilities
410 E Washington St
Iowa City, IA 52240


Iowa Department of Revenue
Office of the Attorney General of Iowa
Attn: Bankruptcy Unit
1305 E. Walnut Street
Des Moines, IA 50319


JKW Enterprises, LLC
2055 North Towne Lane NE
Cedar Rapids, IA 52402


Johnson County Attorney
500 S Clinton St., Suite 400
Iowa City, IA 52240


Johnson County Treasurer
P.O. Box 2420
Iowa City, IA 52244-2420
```

```
MidAmerican Energy
P. O. Box 8020
Davenport, IA 52808-8020


Ryan John Prahm
Pugh Hagan Prahm PLC
425 E Oakdale Blvd
Suite 201
Coralville, IA 52241-3404


Solon State Bank
126 South Market
PO Box 129
Solon, IA 52333-0129


US Attorney (IRS)
111 7th Avenue SE #1
Cedar Rapids, IA 52401
```

# United States Bankruptcy Court
## Northern District of Iowa

In re **Stadiums Export, Inc.**

Debtor(s)

Case No.

Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Stadiums Export, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 6, 2023**

Date

**/s/ Joseph A. Peiffer**
**Joseph A. Peiffer AT0006160**
Signature of Attorney or Litigant
Counsel for **Stadiums Export, Inc.**
**Ag & Business Legal Strategies**
**PO Box 11425**
**Cedar Rapids, IA 52410**
**319-363-1641 Fax:319-200-2059**
**joe@ablsonline.com**